## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RITA OROSCO,<br>　　　　　　　Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., JOHN DOE (1-5), a fictitious name for a person unknown, ABC CORP. (6-10), a fictitious name for a corporation unknown,<br>　　　　　　　Defendants | CIVIL ACTION<br><br>CASE NO.: 2:22-cv-05772<br><br>*Electronically Filed* |

### STIPULATION TO CAP DAMAGES AND REMAND CASE

Plaintiff, Rita Orosco, and Defendant, Wal-Mart Stores, Inc. (more properly identified solely as Wal-Mart Stores East, L.P.), by and through their counsel, stipulate and agree to the following:

1.　　Plaintiff stipulates and agrees that she will cap her damages at $74,999.00 and will not accept a judgment against Defendant in excess of that amount, exclusive of interest and costs.

2.　　In return, Defendant agrees that this case may be remanded from the United States District Court for District of New Jersey back to the Superior Court of New Jersey, Law Division, Bergen County.

3.　　Consistent with this agreement, any verdict in excess of $74,999.00 will be molded to reflect this agreement and, under no circumstances, will the collective judgment against Defendant, Wal-Mart Stores, Inc. (more properly identified solely as Wal-Mart Stores East, L.P.), be in excess of $74,999.00, exclusive of interest and costs.

STIPULATED TO:

By: _____
James G. Sellinger, Esquire
SELLINGER & SELLINGER, P.A.
144 Clifton Avenue
Clifton, NJ 07013
*Counsel for Plaintiff*

Dated: 10-31-2022

STIPULATED TO:

BY: _____
Michael J. Bishop, Esquire
Thomas, Thomas & Hafer, LLP
Perryville III, Suite 117
Hampton, NJ 08827-4031
*Counsel for the Defendant*

Dated: 10/31/22

6177711.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RITA OROSCO,<br>                    Plaintiff, | CIVIL ACTION |
| vs. | CASE NO.: 2:22-cv-05772 |
| WAL-MART STORES, INC., JOHN DOE<br>(1-5), a fictitious name for a person<br>unknown, ABC CORP. (6-10), a fictitious<br>name for a corporation unknown,<br>                    Defendants | *Electronically Filed* |

## ORDER APPROVING STIPULATION TO CAP DAMAGES
## AND REMAND CASE

**AND NOW**, this 1st day of November, 2022, upon consideration of the attached Stipulation to Cap Damages and Remand Case, it is **HEREBY ORDERED** that said Stipulation is **APPROVED**. It is **ORDERED** that any verdict in excess of $74,999.00 will be molded to reflect this Stipulation and, under no circumstance, will the collective judgment against Defendant, Wal-Mart Stores, Inc. (more properly identified solely as Wal-Mart Stores East, L.P.), be in excess of $74,999.00, exclusive of interest and costs. It is **FURTHER ORDERED** that the case is remanded back to the Superior Court of New Jersey, Law Division, Bergen County.

BY THE COURT:

John Michael Vazquez, U.S.D.J.

6177711.1