## UNITED STATES DISTRICT COURT
### FOR THE District of New Jersey [LIVE]
### U.S. District Court for the District of New Jersey

RITA M. OROSCO

                    Plaintiff,

v.                                 Case No.: 2:22–cv–05772–JMV–CLW

                                 Judge John Michael Vazquez

WAL–MART STORES, INC., et al.

                    Defendant.

Clerk, Superior Court of New Jersey
Bergen County Justice Center
10 Main Street
Hackensack, NJ 07601

State No: BER–L004738–22

**Dear Clerk of Court:**

   Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                 Very truly yours,

                                 William T. Walsh, Clerk
                                 By Deputy Clerk, dam

encl.
cc: All Counsel